United States District Court
Southern District of Texas
**ENTERED**
October 12, 2017
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN A. CARR, INDIVIDUALLY | § | |
| AND AS TRUSTEE OF | § | |
| THE CARR TRUST | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-02529 |
| | § | |
| STATE FARM FIRE AND | § | |
| CASUALTY COMPANY, | § | |
| *Defendant.* | § | JURY DEMANDED |

## ORDER

Defendant State Farm Fire and Casualty Company's motion to transfer venue is **GRANTED**. This case is hereby **TRANSFERRED** to the United States District Court for the District of Minnesota.

Signed this _11_ day of _October_, 2017.

_____
HON. GRAY H. MILLER
UNITED STATES DISTRICT JUDGE